**Fill in this information to identify the case:**

Debtor name: Fortem Resources, Inc.
United States Bankruptcy Court for the: DISTRICT OF NEVADA
Case number (if known): 21-14823-nmc

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ametrin GmbH<br>Jörg Rudolf<br>Hauptstrasse 2<br>CH – 4402<br>Frenkendorf,<br>Switzerland | | Trade Debt | | | | $331,619.18 |
| Apex Energy Consultants Inc.<br>Attn: Emily Schellenberg<br>Suite 820<br>906 – 12th Avenue SW<br>Calgary, Alberta T2R 1K7 | ESchellenberg@apexenergy.com<br>403-269-9550 | Trade Debt | | | | $1,145,458.70 |
| Baker Hughes<br>17021 Westfield Road<br>Houston, TX 77073 | Thomas Millas<br>thomas.millas@bakerhughes.com | Trade Debt | | | | $203,578.85 |
| Cassels Brock<br>Attn: Jeff Durno<br>2200 HSBC Building<br>885 West Georgia Street<br>Vancouver, British Columbia, V6C 3E8 | jdurno@casselsbrock.com<br>604-691-6105 | Trade Debt | | | | $7,944.00 |
| Clark Wilson LLP<br>Attn: Cam McTavish<br>900-885 West Georgia Street<br>Vancouver, BC, V6C 3H1 | CMcTavish@cwilson.com<br>604-687-5700 | Legal Fees | | | | $113,126.46 |

*signature*

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Fortem Resources, Inc.                                          Case number (if known)  21-14823
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CNW<br>Attn: Kevin Tran<br>RBC WaterPark Place<br>88 Queens Quay West, Suite 3000<br>Toronto, ON  M5J 0B8 | kevin.tran@cision.com<br>416-863-9350 | Trade Debt | | | | $7,529.59 |
| Concord Business Plans<br>666 Burrard St #500<br>Vancouver, BC V6C 3 | Fax: 604-689-7758<br>info@concordbusiness.com | Trade Debt | | | | $2,293.83 |
| Davidson & Company LLP<br>Attn: Michael MacLaren<br>1200 – 609 Granville Street, P.O. Box 10<br>Vancouver, BC, Canada V7Y 1G6 | mmaclaren@davidson-co.com<br>604-687-0947 | Trade Debt | | | | $99,857.41 |
| Green Matters Technologies<br>Attn: Michael Caetano<br>105-26868 56th Ave.<br>Langley BC, V4W 1N9 | info@greenmattersinc.com<br>604-620-9564 | Trade Debt | | | | $255,422.27 |
| Hogan Lovells US LLP<br>Attn: Peter R. Bisio, General Counsel<br>555 13th Street, N.W.<br>Washington, DC 20004 | peter.bisio@hoganlovells.com<br>202-637-5749 | Settlement | | | | $167,500.00 |
| Jag Oilfield Services Inc.<br>Attn: Jay<br>Box 69<br>Compeer, AB T0C 1A0 | jay.jag@xplornet.com<br>403-552-2038 | Trade Debt | | | | $4,379.13 |
| John R. Hislop, Nation Energy Inc. et al<br>c/o John H. Mowbray, Esq.<br>Spencer Fane LLP<br>300 South 4th Street, Suite 950<br>Las Vegas, NV 89101 | JMowbray@spencerfane.com<br>702-408-3410 | Litigation | | | | $165,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor  Fortem Resources, Inc.                                            Case number (if known)  21-14823
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kaempfer Crowell<br>Attn: Andrea Furtado<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135 | AFurtado@kcnvlaw.com<br>702- 693-4222 | Legal Fees | | | | $28,324.10 |
| LPD Ltd.<br>P.O. Box 730<br>Kirriemuir, AB T0C 1R0 | lpdltd@hotmail.com<br>780-753-7542 | Trade Debt | | | | $22,000.38 |
| Massimo Conte<br>129 - 1489 Marine Drive<br>West Vancouver, BC | | Trade Debt | | | | $1,425,249.22 |
| Michael Waldkirch and Co. Inc.<br>67 East 5th Avenue<br>Vancouver, BC V5T 1G7 | 604-273-6955 | Trade Debt | | | | $77,840.87 |
| Newsmax.Broadcast<br>Attn: Sean Wells<br>750 Park Of Commerce Drive, Suite 100<br>Boca Raton, FL 33487 | seanw@newsmax.com<br>561-686-1165 | Trade Debt | | | | $16,321.00 |
| Squin Switzerland GmbH<br>Rosenweg 8B<br>Baar CH-6340, Switzerland | | Trade Debt | | | | $360,076.71 |
| TSX Venture Exchange<br>Telus Sky Building, Suite 2110<br>685 Centre Street SW<br>Calgary, AB, T2G 1S5 | payments@tmx.com<br>416-947-4415 | Trade Debt | | | | $15,493.78 |
| U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 | losangeles@sec.gov<br>323-965-3998 | Settlement | | | | $7,500.00 |