# United States Bankruptcy Court
## District of Nevada

In re: **Fortem Resources, Inc.**
Debtor(s)

Case No. **21-14823-nmc**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Fortem Resources, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Blue Phoenix Energy LLC**
1155 Blake Street, Suite 1002
Denver, CO 80202

**Cede & Co.**
570 Washington Blvd.
Jersey City, NJ 07310

**JM Magna Holdings LLC**
153 Sierra Court
Maple ON L6A 2L8
Canada

**MAB Resources Holdings LLC**
1155 Blake Street, Suite 1002
Denver, CO 80202

**Pacific Petroleum LLC**
1503 Commercial Drive
Vancouver BC V5L 3Y1
Canada

☐ None [*Check if applicable*]

**October 13, 2021**
Date

**/s/ Brett A. Axelrod**
**Brett A. Axelrod 5859**
Signature of Attorney or Litigant
Counsel for **Fortem Resources, Inc.**
**Fox Rothschild LLP**
**1980 Festival Plaza Drive, Suite 700**
**Las Vegas, NV 89135**
**(702) 262-6899 Fax:(702) 597-5503**
**baxelrod@foxrothschild.com**