| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fortem Resources, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14823 -nmc |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 19, 2021**     X  *Marc Bruner*
Signature of individual signing on behalf of debtor

**Marc A. Bruner**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

DocuSign Envelope ID: 38BD539C-1C36-4514-ACA5-6960BA484866

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fortem Resources, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14823 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................   $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................   $ 0.00

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$ 6,511,663.08

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b    $ 6,511,663.08

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Fortem Resources, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14823 |

☐ Check if this is an amended filing

Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br>Name of entity:                                     % of ownership | | |
| 15.1. | City of Gold Project                                                    100  % | | Unknown |

Debtor **Fortem Resources, Inc.** Case number *(If known)* **21-14823**
Name

| | | | | |
|---|---|---|---|---|
| 15.2. | Colony Energy, LLC | 100 % | | Unknown |
| 15.3. | Big Lake Energy, Inc. | 100 % | | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.** $0.00
    Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property
Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest
(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **Fortem Resources, Inc.**                                  Case number *(If known)*  **21-14823**
         Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | 12,800 acres located in the Godin area of Northern Alberta. | 100% ownership | Unknown | | Unknown |
| 55.2. | City of Gold mineral mining project in Myanmar | 100% ownership | Unknown | | Unknown |

56. **Total of Part 9.**                                                                                       **$0.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **Fortem Resources, Inc.**  Case number *(If known)* **21-14823**
        Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9........................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 4
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fortem Resources, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14823 |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Fortem Resources, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **21-14823**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Ametrin GmbH<br>Jörg Rudolf<br>Hauptstrasse 2<br>CH – 4402 Frenkendorf, Switzerland<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$331,619.18** |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Apex Energy Consultants Inc.<br>Attn: Emily Schellenberg<br>Suite 820<br>906 – 12th Avenue SW<br>Calgary, Alberta T2R 1K7<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,145,458.70** |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Baker Hughes<br>17021 Westfield Road<br>Houston, TX 77073<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$203,578.85** |
| **3.4** **Nonpriority creditor's name and mailing address**<br>CAPP-Petrinex<br>Attn: Ross Weaver<br>Suite 300, 801-6th Avenue SW<br>Calgary, Alberta T2P 3W2<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$166.63** |

Debtor  **Fortem Resources, Inc.**  Case number (if known) 21-14823
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,944.00 |
|---|---|---|---|
| | **Cassels Brock**<br>**Attn: Jeff Durno**<br>**2200 HSBC Building**<br>**885 West Georgia Street**<br>**Vancouver, British Columbia, V6C 3E8** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $113,126.46 |
| | **Clark Wilson LLP**<br>**Attn: Cam McTavish**<br>**900-885 West Georgia Street**<br>**Vancouver, BC, V6C 3H1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,529.59 |
| | **CNW**<br>**Attn: Kevin Tran**<br>**RBC WaterPark Place**<br>**88 Queens Quay West, Suite 3000**<br>**Toronto, ON  M5J 0B8** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,293.83 |
| | **Concord Business Plans**<br><br>**666 Burrard St #500**<br>**Vancouver, BC V6C 3** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $99,857.41 |
| | **Davidson & Company LLP**<br>**Attn: Michael MacLaren**<br>**1200 – 609 Granville Street, P.O. Box 10**<br>**Vancouver, BC, Canada V7Y 1G6** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $533.84 |
| | **Government of Alberta**<br><br>**9915-108 Street**<br>**Edmonton, AB T5K 2G8** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $255,422.27 |
| | **Green Matters Technologies**<br>**Attn: Michael Caetano**<br>**105-26868 56th Ave.**<br>**Langley BC, V4W 1N9** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Fortem Resources, Inc.** Case number (if known) 21-14823
Name

| 3.12 | Nonpriority creditor's name and mailing address<br>Hogan Lovells US LLP<br>Attn: Peter R. Bisio, General Counsel<br>555 13th Street, N.W.<br>Washington, DC 20004<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Settlement**<br>Is the claim subject to offset? ☐ No ■ Yes | $2,167,500.00 |
|---|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address<br>Jag Oilfield Services Inc.<br>Attn: Jay<br>Box 69<br>Compeer, AB T0C 1A0<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $4,379.13 |
| 3.14 | Nonpriority creditor's name and mailing address<br>John R. Hislop, Nation Energy Inc. et al<br>c/o John H. Mowbray, Esq.<br>Spencer Fane LLP<br>300 South 4th Street, Suite 950<br>Las Vegas, NV 89101<br>Date(s) debt was incurred 05/13/2020; 09/17/2021<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Judgments $125,000; $40,000.00**<br>Is the claim subject to offset? ■ No ☐ Yes | $165,000.00 |
| 3.15 | Nonpriority creditor's name and mailing address<br>Kaempfer Crowell<br>Attn: Andrea Furtado<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Legal Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $114,493.10 |
| 3.16 | Nonpriority creditor's name and mailing address<br>LPD Ltd.<br>P.O. Box 730<br>Kirriemuir, AB T0C 1R0<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $22,000.38 |
| 3.17 | Nonpriority creditor's name and mailing address<br>Madill the office company<br>P.O. Box 1240<br>Ladysmith, British Columbia, V9G 1A8<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $88.96 |
| 3.18 | Nonpriority creditor's name and mailing address<br>Marc Bruner<br>1588-609 Granville Street<br>Vancouver, BC, V7Y 1G5<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $40,000.00 |

| Debtor | **Fortem Resources, Inc.** | Case number (if known) | 21-14823 |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,425,249.22 |
|---|---|---|---|
| | **Massimo Conte** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **129 - 1489 Marine Drive** | ☐ Disputed | |
| | **West Vancouver, BC** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,191.60 |
|---|---|---|---|
| | **Milo E. Ward & Doreen M Ward** | ☐ Contingent | |
| | **27 Regent Close** | ☐ Unliquidated | |
| | **Lacombe, AB T4L 2H6** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $109.62 |
|---|---|---|---|
| | **Namecheap, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **4600 East Washington Street Suite 305** | ☐ Disputed | |
| | **Phoenix, AZ 85034** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,321.00 |
|---|---|---|---|
| | **Newsmax.Broadcast** | ☐ Contingent | |
| | **Attn: Sean Wells** | ☐ Unliquidated | |
| | **750 Park Of Commerce Drive, Suite 100** | ☐ Disputed | |
| | **Boca Raton, FL 33487** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,250.00 |
|---|---|---|---|
| | **Premier Edgar filings, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2369 Indigo Dr.** | ☐ Disputed | |
| | **Clearwater, FL 33763** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $363.76 |
|---|---|---|---|
| | **Special Areas Broad** | | |
| | | ☐ Contingent | |
| | **212 - 2nd Avenue West** | ☐ Unliquidated | |
| | **Box 820** | ☐ Disputed | |
| | **Hanna, AB T0J 1P0** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $360,076.71 |
|---|---|---|---|
| | **Squin Switzerland GmbH** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Rosenweg 8B** | ☐ Disputed | |
| | **Baar CH-6340, Switzerland** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Fortem Resources, Inc.**               Case number (if known)  **21-14823**
         Name

---

**3.26**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$337.99**

TJ Hagan Contracting Ltd.
☐ Contingent
☐ Unliquidated
PO Box 91
☐ Disputed
Consort, AB T0C 1B0

Date(s) debt was incurred __  **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.27**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$900.00**

TranShare Corporation
☐ Contingent
☐ Unliquidated
17755 US Highway 19 N Ste 140
☐ Disputed
Clearwater, FL 33764

Date(s) debt was incurred __  **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.28**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$1,877.07**

TSX Trust Company
☐ Contingent
☐ Unliquidated
301-100 Adelaide Street West
☐ Disputed
Toronto, ON, M5H 4H1

Date(s) debt was incurred __  **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.29**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$15,493.78**

TSX Venture Exchange
☐ Contingent
Telus Sky Building, Suite 2110
☐ Unliquidated
685 Centre Street SW
☐ Disputed
Calgary, AB, T2G 1S5

Date(s) debt was incurred __  **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.30**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$7,500.00**

U.S. Securities and Exchange Commission
☐ Contingent
Attn: Bankruptcy Counsel
☐ Unliquidated
444 South Flower Street, Suite 900
☐ Disputed
Los Angeles, CA 90071-9591

Date(s) debt was incurred __  **Basis for the claim:**  **Settlement**

Last 4 digits of account number __   Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | D. Lee Roberts, Jr., Esq.<br>Weinberg, Wheeler, Hudgins, Gunn & Dial<br>6385 South Rainbow Blvd. Suite 400<br>Las Vegas, NV 89118 | Line  **3.12**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Jeffrey Boyd Valle, Esq.<br>Counsel for John R. Hislop, et al<br>Valle Makoff LLP<br>11911 San Vicente Blvd., Suite 324<br>Los Angeles, CA 90049 | Line  **3.14**<br><br>☐ Not listed. Explain ____ | __ |

---

DocuSign Envelope ID: 38BD539C-1C36-4544-ACA5-6960BA484866

| Debtor | **Fortem Resources, Inc.** | Case number (if known) | **21-14823** |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **6,511,663.08** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **6,511,663.08** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fortem Resources, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14823 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Mineral Agreement Detail Report**<br>**Zone: 6580 WABAMUN GRP**<br>**Interval: 10452.00 = 11198.00 FEET**<br>**Key Well: 00/03-10-063-26W5/0**<br>**Log Type: Borehole Compensated Sonic** | |
| | State the term remaining | **Through 3/8/2023** | **Alberta Crown Land**<br>**Tract 00**<br>**4-03-033: 25; 36**<br>**4-03-034: 1** |
| | List the contract number of any government contract | 0040418030028 | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Zone: 2140 Viking FM**<br>**Interval: 2600.00-2680.00 Feet**<br>**Key Well: 00/10-10-042-14W4/0**<br>**Log Type: Induction Electrical** | |
| | State the term remaining | **Indefinite** | **Alberta Crown Land**<br>**Tract: 00**<br>**4-02-033: 29W; 32SW** |
| | List the contract number of any government contract | 0535310090903 | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 1 of 1 |
|---|---|---|
| Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fortem Resources, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14823 |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Nation Energy Inc.** | | **Hogan Lovells US LLP** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |