# United States Bankruptcy Court
## District of Nevada

In re   **Fortem Resources, Inc.**
Debtor(s)

Case No.   **21-14823**-nmc
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Albert F/Patricia A Reitz Jt Ten**<br>**7048 Kimberley Lane**<br>**Shawnee, KS 66218** | | **20,000** | **0.016%** |
| **Alberta Ltd.**<br>**PO Box 1052 STN**<br>**Main Okotoks AB T1S 1B1**<br>**CANADA** | **Restricted** | **100,000** | **0.082%** |
| **Alessia Zen**<br>**5628 Frances St**<br>**Burnaby BC V5B 1T8**<br>**Canada** | | **5,000** | **0.004%** |
| **All Day Vapes Inc.**<br>**225,20316 56 Ave**<br>**Langley BC V3A 3Y7**<br>**Canada** | | **150,000** | **0.122%** |
| **Andrea Undseth**<br>**4411 Stone Crescent**<br>**West Vancouver BC V7W 1B8**<br>**Canada** | **Restricted** | **40,000** | **0.033%** |
| **BC Ltd.**<br>**21481 Donovan Ave**<br>**Maple Bridge BC V2X BL9**<br>**CANADA** | **Restricted** | **6,250** | **0.005%** |
| **Blue Phoenix Energy LLC**<br>**1155 Blake Street, Suite 1002**<br>**Denver, CO 80202** | **Restricted** | **20,000,000** | **16.317%** |
| **Boutique Services Limited**<br>**Suite 607-9, 6/F Wing on House**<br>**Des Voeunx Rd.**<br>**Central Hong Kong, Hong Kong** | **Restricted** | **9,375** | **0.008%** |
| **Brent L Jones Trust**<br>**11506 West Ricks Circle**<br>**Dallas, TX 75230** | **Restricted** | **12.500** | **0.010%** |
| **Cede & Co.**<br>**570 Washington Blvd.**<br>**Jersey City, NJ 07310** | | **15,302,228** | **12.484%** |

Sheet 1 of 9 in List of Equity Security Holders

DocuSign Envelope ID: 38BD539C-1G36-4544-ACA5-6960BA484866

| In re: | **Fortem Resources, Inc.** | Case No. | **21-14823** -nmc |
|---|---|---|---|
| | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chamonix Canada nc.**<br>**906 12th Ave SW, Suite 820**<br>**Calgary AB T2R 1K7**<br>**Canada** | **Restricted** | **657,142** | **0.536%** |
| **Charles Scott Martin**<br>**3119 W 150th Terr**<br>**Overland Park, KS 66224** | | **30,000** | **0.024%** |
| **Chris L Hamilton**<br>**1143 Cottonwood Ave**<br>**Coquitlam BC V3J 2T4**<br>**Canada** | | **7,675** | **0.006%** |
| **Christian Sharifi**<br>**1001-Victory Ship Way**<br>**North Vancouver BC V7L 0E2**<br>**Canada** | **Restrictd** | **50,000** | **0.041%** |
| **CNK Enterprises Inc.**<br>**380-475 West George St**<br>**Vancouver BC V6B 4M9**<br>**Canada** | **Restricted** | **2,000,000** | **1.632%** |
| **Curtis Ellis**<br>**3601 W. 138th Street**<br>**#1410**<br>**Leawood, KS 66224** | | **120,000** | **0.098%** |
| **Darren Hayes**<br>**4117 Mountain Hwy**<br>**North Vancouver BC V7K 2J7**<br>**Canada** | | **1,250,000** | **1.020%** |
| **Davina S. Lockhart**<br>**20 Bluewater Circle**<br>**Holiday Island, AR 72631** | **Restricted** | **16,448** | **0.013%** |
| **Dr. Larry Lu Inc.**<br>**107-18640 Fraser Hwy**<br>**Surrey BC V3S 7Y4**<br>**Canada** | **Restricted** | **60,000** | **0.049%** |
| **Durval Terceira**<br>**185 Columbus Ave**<br>**Vaghan ON L4L 7K3**<br>**Canada** | | **8,333** | **0.007%** |

List of equity security holders consists of 9 total page(s)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

DocuSign Envelope ID: 38BD539C-1C36-4544-ACA5-6960BA484866

In re:  **Fortem Resources, Inc.**                                   Case No.  **21-14823**-nmc

                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **E.S.E. Inc.**<br>**20 Bluewater Circle**<br>**Holiday Island, AR 72631** | **Restricted** | **625,000** | **0.049%** |
| **Emilio Casaluce**<br>**26 Arnhem Court**<br>**Waterdown ON L0R 2H5**<br>**Canada** | | **15,477** | **0.013%** |
| **Financial Insights**<br>**2082 SE Bristol Street**<br>**Suite 209**<br>**Newport Beach, CA 92660** | **Restricted** | **25,000** | **0.020%** |
| **Francisco Paulo**<br>**462 Ossington Avenue**<br>**Toronto N M6G 3T2**<br>**Canada** | | **4,167** | **0.003%** |
| **Gerlach & Co c/o Citibank N.A.**<br>**333 W. 34th St Frnt**<br>**3 Fl**<br>**New York, NY 10012-2417** | **Restricted** | **1,850,000** | **1.509%** |
| **Glenn Landes**<br>**611 Flory Lane**<br>**Englewood, OH 45322** | **Restricted** | **155,714** | **0.127%** |
| **Grassy Butte Energy, Ltd.**<br>**14002 Prairie Ln.**<br>**Williston, ND 58801** | **Restricted** | **30,000** | **0.024%** |
| **Grassy Butte LLC**<br>**14002 Prairie Lane**<br>**Williston, ND 58801-9131** | **Restricted** | **1,867,670** | **1.524%** |
| **Harold A. Krueger II**<br>**333 Las Olas Way #1505**<br>**Fort Lauderdale, FL 33301** | | **20,000** | **0.016%** |
| **Herbert T. Schmidt**<br>**22840 Dolorosa Street**<br>**Woodland Hills, CA 91367** | **Restricted** | **750,000** | **0.612%** |
| **Hock Lee Ooi**<br>**801-3515 Kariya Drive**<br>**Mississauga N L5B 0C1**<br>**Canada** | | **4,168** | **0.003%** |

List of equity security holders consists of 9 total page(s)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

DocuSign Envelope ID: 38BD539C-1C36-4544-ACA5-6960BA484866

| | | |
|---|---|---|
| In re: **Fortem Resources, Inc.** | | Case No. **21-14823**-nmc |
| Debtor(s) | | |

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Holloman Value Holdings, LLC**<br>**333 N. Sam Houston Parkway E**<br>**Houston, TX 77060** | **Restricted** | **283,334** | **0.231%** |
| **James Douglas Brown**<br>**16E Les Roseyres**<br>**Gron**<br>**Vaud 1882 SWITZERLAND** | **Restricted** | **31,250** | **0.025%** |
| **James Melo**<br>**153 Sierra Court**<br>**Maple ON L6A 2L8**<br>**Canada** | | **8,334** | **0.007%** |
| **Jason Rubin**<br>**4335 Vannuys Blvd #302**<br>**Sherman Oaks, CA 91403** | | **62,500** | **0.051%** |
| **Jason Silvestre**<br>**2133 Douglas Road Unit 2001**<br>**Burnaby BC V5C 0E9**<br>**Canada** | | **10,000** | **0.008%** |
| **Jim O'Callaghan**<br>**3 Meridian Residence Apt. 5A**<br>**Minsija Street**<br>**St. Julians 1968 Malta** | **Restricted** | **600,000** | **0.490%** |
| **JM Magna Holdings LLC**<br>**153 Sierra Court**<br>**Maple ON L6A 2L8**<br>**Canada** | **Restricted** | **17,500,000** | **14.277%** |
| **John Wheeler**<br>**20061 22 Ave**<br>**Langley BC V2Z 1X4**<br>**Canada** | **5,000** | **0.004%** | |
| **Kenneth D Liupakka**<br>**6196 Summerhill Dr**<br>**Hudsonville, MI 49426** | | **40,000** | **0.033%** |
| **Kent Filbrun**<br>**PO Box 372**<br>**Brookville, OH 45309** | **Restricted** | **150,000** | **0.122%** |
| **Kevin J Kruse**<br>**11935 Haskins St**<br>**Overland Park, KS 66213** | | **50,000** | **0.041%** |

List of equity security holders consists of 9 total page(s)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

In re:   **Fortem Resources, Inc.**                                          Case No.  **21-14823**-nmc
                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Konstantinos Koutoumanos**<br>**9 Curran Court**<br>**Kity City ON L7B 1B4**<br>**Canada** | | **14,286** | **0.012%** |
| **Kraig Jeffrey Kasler**<br>**235 Trotters Ridge**<br>**Fayetteville, GA 30215** | **Restricted** | **342,847** | **0.280%** |
| **Lai Chi Hung Ricky**<br>**7B Bloc 2, 25 Tai Hang Drive**<br>**Jardine's Lookout**<br>**Hong Kong** | | **1,250,000** | **1.020%** |
| **Larca Pty Ltd**<br>**Unit 8-9**<br>**88 Forrest Street**<br>**Cottesole, Western Australia 6011** | **Restricted** | **1,650,000** | **1.346%** |
| **Laura Morales-Mejia**<br>**127 Rainbow Drive**<br>**Woodbridge ON L4L 2K6**<br>**Canada** | | **8,334** | **0.007%** |
| **Lloyd Robinson**<br>**1377 Cammeray Road**<br>**West Vancouver BC V7S 2N3**<br>**Canada** | | **333,334** | **0.272%** |
| **LPD Ltd**<br>**PO Box 730**<br>**Kirriemuir AB T0C 1R0**<br>**Canada** | **Restricted** | **7,760** | **0.006%** |
| **MAB Resources Holdings LLC**<br>**1155 Blake Street, Suite 1002**<br>**Denver, CO 80202** | **Restricted** | **17,500,000** | **14.277%** |
| **Mark Ciborowski**<br>**PO Box 443**<br>**Concord, NH 03302** | **Restricted** | **1,799,049** | **1.468%** |
| **Mark E Jones Trust**<br>**11506 West Ricks Circle**<br>**Dallas, TX 75230** | **Restricted** | **12.500** | **0.010%** |

List of equity security holders consists of 9 total page(s)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re:    **Fortem Resources, Inc.**                                           Case No.  **21-14823**-nmc
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Masoud Alikashani**<br>**1192 Keith Rd West**<br>**Vancouver BC V7T 1M8**<br>**Canada** | | **75,000** | **0.061%** |
| **Massimo Conte**<br>**1130 Little Cres**<br>**Milton ON L9T 6T2**<br>**Canada** | | **721,904** | **0.589%** |
| **Michael Catano**<br>**67 East 5th Avenue**<br>**Vancouver BC V5T 1G7**<br>**Canada** | **Restricted** | **75,000** | **0.612%** |
| **Natalie Kadi**<br>**365 East Street North**<br>**Vancouver BC V71 3C8**<br>**Canada** | | **66,666** | **0.054%** |
| **Nima Alikashani**<br>**1192 Keith Rd West**<br>**Vancouver BC V7T 1M8**<br>**Canada** | | **200,000** | **0.163%** |
| **Pacific Petroleum LLC**<br>**1503 Commercial Drive**<br>**Vancouver BC V5L 3Y1**<br>**Canada** | **Restricted** | **17,500,000** | **14.277%** |
| **Paolo Rubino**<br>**6868 267 St**<br>**Langley BC V4W 1W2**<br>**Canada** | **Restricted** | **1,212,500** | **0.989%** |
| **Paul R. Zen**<br>**5628 Frances St**<br>**Burnaby BC V5B 1T8**<br>**Canada** | | **10,000** | **0.008%** |
| **Peter Heber-Percy**<br>**3E Block1**<br>**25 Tai Hang Drive**<br>**Jardine's Lookout Hong Kong** | **Restricted** | **37,500** | **0.031%** |
| **Piotr Kalicki**<br>**6437 Nelson Ave**<br>**West Vancouver BC V7W 2A5**<br>**Canada** | **Restricted** | **250,000** | **0.204%** |

List of equity security holders consists of 9 total page(s)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

DocuSign Envelope ID: 38BD539C-1G36-4514-ACA5-6960BA484866

In re:    **Fortem Resources, Inc.**                                                     Case No.   **21-14823** -nmc
                                                                         Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Precision Asset Consulting Executives In**<br>**67 East 5th Avenue**<br>**Vancouver BC V5T 1G7**<br>**Canada** | **Restricted** | **1,680,000** | **1.371%** |
| **Randall J/Brenda K Phillips JTWROS**<br>**849 San Fernando Ln**<br>**New Braunfels, TX 78132** | **Restricted** | **250,000** | **0.204%** |
| **Ray E. Jones**<br>**11506 West Ricks Circle**<br>**Dallas, TX 75230** | **Restricted** | **50,000** | **0.041%** |
| **Raymond Santo**<br>**PO Box 1012**<br>**Independence, MO 64051** | | **40,000** | **0.033%** |
| **Raymond Simkus**<br>**4659 Saddlehor Cres**<br>**Langley BC V2Z 2L7**<br>**Canada** | | **25,000** | **0.020%** |
| **Richard Weihs**<br>**5278 185A St**<br>**Surrey BC V3S 7A4**<br>**Canada** | | **50,000** | **0.041%** |
| **Rim Kadi**<br>**365 East 22nd Street North**<br>**North Vancouver BC V71 3C8**<br>**Canada** | **Restricted** | **66,666** | **0.054%** |
| **RJ&O Management Company**<br>**8340 Sheffield St**<br>**Omaha, NE 68122** | | **140,000** | **0.114%** |
| **Robert Anthony Rosson**<br>**6535 W 134th TGer**<br>**Overland Park, KS 66209** | | **4,000** | **0.003%** |
| **Robert Buljevic**<br>**824 Burnaby Street**<br>**New Westminister BC V3L 4V9**<br>**Canada** | **Restricted** | **162,847** | **0.133%** |
| **Robert C. Da Cunha**<br>**68 Armstrong Avenue**<br>**Toronto ON M6H 1V8**<br>**Canada** | **Restricted** | **300,000** | **0.245%** |

List of equity security holders consists of 9 total page(s)

In re:    **Fortem Resources, Inc.**                                           Case No.  **21-14823**-nmc
                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert C. Wesolak**<br>**3 Father Point**<br>**Houston, TX 77024** | **Restricted** | **250,000** | **0.204%** |
| **Robert Potocnik**<br>**33 Harvard Ave**<br>**Toronto ON M6R 1C6**<br>**Canada** | **Restricted** | **10,000** | **0.008%** |
| **Rockies Standard Oil Company, LLC**<br>**1411 East 840 North**<br>**Orem, UT 84097** | **Restricted** | **250,000** | **0.204%** |
| **Russell Via**<br>**270 Trotters Ridge**<br>**Fayetteville, GA 30215** | **Restricted** | **482,857** | **0.394%** |
| **S&P Oil Ventures Ltd**<br>**1330-1075 West Georgia Street**<br>**Vancouver BC V6E 3C9**<br>**Canada** | **Restricted** | **1,250,000** | **1.020%** |
| **Sovereign Services Limited**<br>**Suite 7B, Block 2**<br>**Rousdale Garden, 25 Tai Hang Drive**<br>**Jardine's Lookout, Hong Kon SAR, China** | **Restricted** | **6,250** | **0.005%** |
| **Squin Switzerland**<br>**Rosenwg 8B**<br>**BAAR CH-6340**<br>**Switzerland** | | **00,000** | **0.571%** |
| **Tonya R Egger Trust**<br>**11506 West Ricks Circle**<br>**Dallas, TX 75230** | **Restricted** | **12.500** | **0.010%** |
| **Tryon N./Delores A. Sisson, Trustees**<br>**Tryon and Dolores Sisson Living Trust**<br>**1279 Westwind Circle**<br>**Westlake Village, CA 91361** | | **1,500,000** | **1.224%** |
| **Tryon N./Delores A. Sisson, Trustees**<br>**Tryon and Dolores Sisson Living Trust**<br>**1279 Westwind Circle**<br>**Westlake Village, CA 91361** | **Restricted** | **6,797,396** | **5.546%** |

List of equity security holders consists of 9 total page(s)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

DocuSign Envelope ID: 38BD539C-1C36-4544-ACA5-6960BA484866

In re:  **Fortem Resources, Inc.**

Case No.  **21-14823**-nmc

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Uni Harvest Investments Limited**<br>**PO Box 3321 Drake Chamberd Rd**<br>**Town Tortola**<br>**British Virgin Islands** | **Restricted** | **9,375** | **0.008%** |
| **Vince Di Salvo**<br>**3195 East 5th Avenue**<br>**Vancouver BC V5M 1P2**<br>**Canada** | **Restricted** | **500,000** | **0.408%** |
| **Wai Man Leung**<br>**3503-24 Hemlock Cres**<br>**Calgary AB T3C 2Z1**<br>**Canada** | **Restricted** | **60,000** | **0.049%** |
| **Wem Dragon, LLC**<br>**1411 East 840 North**<br>**Orem, UT 84097** | **Restricted** | **250,000** | **0.204%** |
| **Yufeng Zhu**<br>**#208 1590 Bellevue Ave West**<br>**Vancouver BC V7V 1A7**<br>**Canada** | | **50,000** | **0.041%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 19, 2021**

Signature  *Marc Bruner*
DocuSigned by:
D54C82B61FC142E...
**Marc A. Bruner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.