DocuSign Envelope ID: E2F96DBF-1FF9-4F52-9E5F-EDCF415281F2

**Fill in this information to identify the case:**

Debtor name   **Fortem Resources, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)   **21-14823 -nmc**

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 28, 2021**        X   *Marc Bruner*
                                              DocuSigned by: D54C82B61FC142E...
                                              Signature of individual signing on behalf of debtor

**Marc A. Bruner**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

DocuSign Envelope ID: E2F96DBF-1FF9-4F52-9E5F-EDCF415281F2

**Fill in this information to identify the case:**

Debtor name: **Fortem Resources, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **21-14823**-nmc

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                    Current value of debtor's interest

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. Mutual funds or publicly traded stocks not included in Part 1
    Name of fund or stock:

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture
    Name of entity:                                          % of ownership

| | | | |
|---|---|---|---|
| 15.1. City of Gold Project | 100 % | | Unknown |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

DocuSign Envelope ID: E2F96DBF-1FF9-4F52-9E5F-EDCF415281F2

Debtor  **Fortem Resources, Inc.** Case number *(If known)* **21-14823**
Name

| | | | | |
|---|---|---|---|---|
| 15.2. | Colony Energy, LLC | 100 % | | Unknown |
| 15.3. | Big Lake Energy, Inc. | 100 % | | Unknown |

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
    Describe:

17. **Total of Part 4.**  $0.00
    Add lines 14 through 16. Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Fortem Resources, Inc.**                                    Case number *(If known)* **21-14823**
       Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | 12,800 acres located in the Godin area of Northern Alberta. | 100% ownership | Unknown | | Unknown |
| 55.2. | City of Gold mineral mining project in Myanmar | 100% ownership | Unknown | | Unknown |
| 55.3. | Petroleum interests, tangibles and miscellaneous interest | | Unknown | | $0.00 |

56. **Total of Part 9.**    $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                                          **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

| Debtor | Fortem Resources, Inc. | Case number (If known) | 21-14823 |
|---|---|---|---|
| | Name | | |

| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
|---|---|---|
| | **Option Agreements with Paltar Petroleum Limited, Dated May 31, 2016.** | $0.00 |

| 78. | **Total of Part 11.** | $0.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

DocuSign Envelope ID: E2F96DBF-1FF9-4F52-9E5F-EDCF415281F2

Debtor  **Fortem Resources, Inc.**  Case number *(If known)* **21-14823**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Fortem Resources, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14823-nmc |

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Mineral Agreement Detail Report Zone: 6580 WABAMUN GRP Interval: 10452.00 = 11198.00 FEET Key Well: 00/03-10-063-26W5/0 Log Type: Borehole Compensated Sonic | |
|---|---|---|---|
| | State the term remaining | Through 3/8/2023 | Alberta Crown Land Tract 00 4-03-033: 25; 36 4-03-034: 1 |
| | List the contract number of any government contract | 0040418030028 | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Zone: 2140 Viking FM Interval: 2600.00-2680.00 Feet Key Well: 00/10-10-042-14W4/0 Log Type: Induction Electrical | |
|---|---|---|---|
| | State the term remaining | Indefinite | Alberta Crown Land Tract: 00 4-02-033: 29W; 32SW |
| | List the contract number of any government contract | 0535310090903 | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Asset Purchase Agreement | |
|---|---|---|---|
| | State the term remaining | | Cenovus Energy, Inc. Attn: Manager, Mineral Land 225 - 6th Avenue SW Calgary, AB T2P 0M5 |
| | List the contract number of any government contract | | |

DocuSign Envelope ID: E2F96DBF-1FF9-4F52-9E5F-EDCF415281F2

| Debtor 1 | Fortem Resources, Inc. | | | Case number (if known) | 21-14823 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Option Agreement** | |
|---|---|---|---|
| | State the term remaining | | Paltar Petroleum Limited |
| | | | Level 10, 32 Martin Place |
| | List the contract number of any government contract | | Sydney, New South Wales 2000 |