BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ZACHARY WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed January 31, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FORTEM RESOURCES, INC.,<br><br>Debtor. | Case No. BK-21-14823-nmc<br><br>Chapter 11<br><br>**DECLARATION OF MARC A. BRUNER IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER DISMISSING THE CHAPTER 11 CASE**<br><br>Hearing Date: February 28, 2023<br>Hearing Time: 9: 30 a.m. |

I, Marc A. Bruner, declare as follows:

1. I am the Chief Executive Officer of Fortem Resources, Inc. ("Fortem" or the "Debtor"), debtor and debtor in possession in the above captioned chapter 11 case (the "Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I make this Declaration in support of the *Debtor's Motion For Entry Of An Order Dismissing The Chapter 11 Case* (the "Motion to Dismiss").[1]

---

[1] Capitalized terms not defined herein have the meanings assigned to them in the Motion to Dismiss.

1

142126318.1

4. On January 12, 2023, the Debtor closed the sale of its assets to Pimee, thereby transferring all assets and equity interests in subsidiaries, and assigning all executory contracts and unexpired leases. Pimee paid a final purchase price of $700,000, which included a credit bid of $95,000 for provision of debtor-in-possession financing for the auction and sale process.

5. The Debtor no longer holds assets or conducts operations of any kind, and has no viable path forward for reorganization in its Chapter 11 Case. Therefore, the Debtor believes that the dismissal of the Chapter 11 Case is in the best interest of the Debtor and its creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of January, 2023.

/s/*Marc A. Bruner*
Marc A. Bruner

142126318.1