BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ZACHARY WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
           zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 3, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FORTEM RESOURCES, INC.,<br><br>Debtor. | Case No. BK-21-14823-nmc<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER DISMISSING THE CHAPTER 11 CASE**<br><br>Hearing Date: February 28, 2023<br>Hearing Time: 9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 2nd day of March 2023 the Court entered an *Order Granting Debtor's Motion for Entry of Order Dismissing the Chapter 11 Case* [ECF No. 316], a copy of which is attached hereto.

Dated this 3rd day of March 2023.

                         **FOX ROTHSCHILD LLP**

                         By */s/Brett A. Axelrod*
                            BRETT A. AXELROD, ESQ.
                            Nevada Bar No. 5859
                            ZACHARY WILLIAMS, ESQ.
                            Nevada Bar No. 16023
                            1980 Festival Plaza Drive, Suite 700
                            Las Vegas, Nevada 89135
                         *Counsel for Debtor*

143309860.1



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 02, 2023

_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ZACHARY WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No.  BK-21-14823-nmc |
|---|---|
| FORTEM RESOURCES, INC., | Chapter 11 |
| Debtor. | **ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER DISMISSING THE CHAPTER 11 CASE** |
| | Hearing Date:  February 28, 2023<br>Hearing Time:  9:30 a.m. |

1

143192436.1

This Court having reviewed and considered the *Debtor's Motion for Entry of an Order Dismissing the Chapter 11 Case* (the "Motion")[1], there being no objections to the Motion, and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of these proceedings is proper pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, and the case is dismissed under 11 U.S.C. § 1112(b), effective upon the entry of this Order.

2. The evidentiary hearing, scheduling orders, and all related discovery deadlines related to the Motion to Convert [Docket No. 69] are vacated upon the entry of this Order.

3. The Debtor is authorized and empowered to take any steps necessary or appropriate to effectuate the terms of this Order.

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By     */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    ZACHARY WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

143192436.1

**APPROVED:**

By     */s/Jared A. Day*
    Jared A. Day, Trial Attorney
    U.S. Department of Justice
    Office of the U.S. Trustee, Region 17
    300 Booth Street, Suite 3009
    Reno, NV 89509

WAIVED:

**U.S. SECURITIES AND EXCHANGE COMMISSION**

By:*/s/ Waived*
    THERESE A. SCHEUER, ESQ.
    DE Bar No. 5699, MA Bar No. 672745
    100 F. Street, NE
    Washington, DC  20549
    *(Government Attorney Admission under D. Nev. L.R. 11-3)*
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Jared A. Day, Trial Attorney                Approved
U.S. Department of Justice

Therese A. Scheuer, Esq.                   Waived
U.S. Securities and Exchange Commission

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

143192436.1